FILED

2017 OCT 20  PM 2: 31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:17 MJ 8004 |
| v. | ) | CASE NO. _____ |
| | ) | |
| KEITH STOKES, | ) | Title18, Sections 1791(a)(2) and (b)(5), |
| | ) | United States Code |
| Defendant. | ) | |

**MAG. JUDGE RUIZ**

COUNT 1

The United States Attorney charges:

On or about September 25, 2016, in the Northern District of Ohio, Eastern Division, the

defendant, KEITH STOKES, an employee of FCI Elkton, attempted to provide prohibited

objects to a prison inmate, to wit: cigarettes, in violation of Title 18, United States Code,

Sections 1791(a)(2) and (b)(5).

JUSTIN E. HERDMAN
United States Attorney

By: _____
Robert E. Bulford
Attorney in Charge, Criminal Division
Akron Branch Office